ROEMER, Appellant, vs. SENSENBRENNER and others, Respondents.

*March 6—April 11, 1933.*

For the appellant there was a brief by *Benton, Bosser & Tuttrup* of Appleton, attorneys, and *Harold M. Wilkie* of Madison of counsel, and oral argument by *Mr. Roger R. Tuttrup, Mr. Wilkie,* and *Mr. Homer H. Benton.*

For the respondents there was a brief by *Quarles, Spence & Quarles,* attorneys, and *J. V. Quarles* and *C. B. Quarles* of counsel, all of Milwaukee, and oral argument by *J. V. Quarles.*

FRITZ, J. The facts in this case are substantially the same as in the companion case of Christina W. Thom against the same defendants, which is decided herewith (*ante,* p. 208, 247 N. W. 870) ; and the questions of law are identical. The decision in that case rules this.

*By the Court.*—Order affirmed.